# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CASSANDRA GROVE,<br><br>　　　Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC DBA FIRSTMARK SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>　　　Defendants. | Case No.: 1:23-cv-05320-TWT-JEM<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORAMATION SOLUTIONS, INC.** |

　　Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff's claims against Equifax Information Services, LLC and Nelnet Servicing, LLC dba Firstmark Services remain pending.

　　Respectfully submitted February 13, 2024

　　　　　　　　　　　　　　　　　　　　/s/ Esther Oise
　　　　　　　　　　　　　　　　　　　　Esther Oise, Esq. (GA Bar #686342)
　　　　　　　　　　　　　　　　　　　　Oise Law Group PC
　　　　　　　　　　　　　　　　　　　　2635 Governors Walk Blvd.
　　　　　　　　　　　　　　　　　　　　Snellville, GA 30078
　　　　　　　　　　　　　　　　　　　　Email: oiselaw@gmail.com
　　　　　　　　　　　　　　　　　　　　Telephone: (770) 895-3736
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: */s/ Esther Oise*