**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

CASSANDRA GROVE,

    Plaintiff,

v.

NELNET SERVICING, LLC DBA
FIRSTMARK SERVICES; EXPERIAN
INFORMATION SOLUTIONS, INC.;
EQUIFAX INFORMATION SERVICES
LLC, and TRANSUNION LLC,

    Defendants.

Case No.: 1:23-cv-05320-TWT-JEM

**NOTICE OF DISMISSAL AS TO
DEFENDANT TRANSUNION, LLC**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant TransUnion, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Respectfully submitted February 29, 2024

*/s/ Esther Oise*
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: *ced /s/ Esther Oise*