UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CASSANDRA GROVE,<br><br>    Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC DBA FIRSTMARK SERVICES; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 1:23-cv-05320-TWT-JEM<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions Inc. jointly stipulate that Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. Plaintiff's claims against Nelnet Servicing, LLC dba Firstmark Services and Equifax Information Services, LLC remain pending.

Respectfully submitted March 4, 2024

/s/ Esther Oise
Esther Oise, Esq. (GA Bar #686342)
Oise Law Group PC
2635 Governors Walk Blvd.
Snellville, GA 30078
Email: oiselaw@gmail.com
Telephone: (770) 895-3736
Attorney for Plaintiff

/s/ Allison Rhadans
Allison Rhadans
Ga. Bar No. 940557
Allison.Rhadans@equifax.com
Legal Counsel - Litigation

/s/ Alisha Goel
Alisha Goel
Ga. Bar No. 423573
JONES DAY
1221 Peachtree St. NE, Ste. 400
Atlanta, GA 30361
Telephone: (404) 581-8273
alishagoel@jonesday.com
Attorney for Defendant Experian Information Solutions, Inc.

Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
470-714-5657
Counsel for Equifax Information Services LLC

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Esther Oise